1

2

3

4

5

6

7                                                          THE HONORABLE ROBERT S. LASNIK

8                                    UNITED STATES DISTRICT COURT
                             FOR THE WESTERN DISTRICT OF WASHINGTON
9                                              AT SEATTLE

10   JOSEPH FINAZZO,                                  NO.  14-0074 RSL

11               Plaintiff,                           **STIPULATED MOTION FOR
                                                      AN ORDER TO DISMISS THE
12         v.                                         BOEING COMPANY AND
                                                      [PROPOSED] ORDER OF
13   AETNA LIFE INSURANCE COMPANY, a                  DISMISSAL**
     Connecticut corporation, THE BOEING
14   COMPANY, an Illinois corporation,
     EMPLOYEE BENEFIT PLANS COMMITTEE,
15   an ILLINOIS ENTITY, and THE BOEING
     COMPANY EMPLOYEE HEALTH AND
16   WELFARE BENEFIT PLAN (PLAN 503),

17               Defendants.

18

19         <u>**STIPULATED MOTION TO DISMISS THE BOEING COMPANY AS A**</u>

20                          <u>**DEFENDANT IN THIS ACTION**</u>

21         Plaintiff Joseph Finazzo and defendant The Boeing Company hereby stipulate and

22   agree that, whereas Boeing is not a necessary party to this action, the parties jointly move

23   the Court that Boeing hereby be dismissed as defendant, with prejudice and without an

24   award of fees or costs to any party, pursuant to Rule 21 of the Federal Rules of Civil

25   Procedure.

26

STIPULATED MOTION TO DISMISS THE BOEING
COMPANY (14-0074) - 1
4813-2074-7544.02

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

1    IT IS SO STIPULATED

2         DATED this 27th day of February, 2014.

3    RIDDELL WILLIAMS P.S.

4

5    By s/Laurence A. Shapero
         Laurence A. Shapero, WSBA #31301
6        Attorney for Defendant The Boeing Company

7

8    KRAFCHICK LAW FIRM, PLLC

9

     By:  s/Steven p. Krafchick (with permission)
10       Steven P. Krafchick, WSBA #13542
         Lisa V. Benedetti, WSBA #43194
11       Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO DISMISS THE BOEING
COMPANY (14-0074) - 2
4813-2074-7544.02

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington  98154-1192
206.624.3600

1

2

**[PROPOSED] ORDER**

3         Pursuant to the stipulated motion of the parties described above, IT IS HEREBY

4    ORDERED that the parties' motion is GRANTED and IT IS HEREBY ORDERED that

5    defendant The Boeing Company is dismissed from this lawsuit as set forth above in the

6    Parties' Stipulation.

7         IT IS SO ORDERED this 14th day of March, 2014.

8

9

                                    _MM S Lasnik_____
10                                   Robert S. Lasnik
                                     United States District Judge
11

12

Presented By:

13

**RIDDELL WILLIAMS P.S.**

14

15

By: s/Laurence S. Shapero
16       Laurence A. Shapero, WSBA #31301
         Attorneys for Defendants

17

**KRAFCHICK LAW FIRM, PLLC**

18

19

By:  s/Steven P. Krafchick (with permission)
20       Steven P. Krafchick, WSBA #13542
         Lisa V. Benedetti, WSBA #43194
21       Attorneys for Plaintiff

22

23

24

25

26

STIPULATED MOTION TO DISMISS THE BOEING
COMPANY (14-0074) - 3
4813-2074-7544.02

**Riddell Williams P.S.**
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600